**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:
LARRY D. ERICKSON, JR.,
and
CINDY L. ERICKSON,
      Debtors
_____/

Case No. HG 07-09179

Chapter 13

Hon. Jeffrey R. Hughes

**NOTICE OF APPEARANCE**

NOW COMES Roger G. Cotner and gives his appearance as attorney for Larry and Cindy Erickson, the Debtors in the action captioned above.

Respectfully submitted,
COTNER LAW OFFICE

Date: 15 December 2008

/s/ Roger G. Cotner
Roger G. Cotner (P36569)
Attorney for Debtors
COTNER LAW OFFICE
220 Franklin Avenue
P.O. Box 838
Grand Haven, MI 49417
616-846-7153
cotner@chartermi.net