UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY D. ERICKSON, JR. and
CINDY L. ERICKSON,

Case No. HG 07-09179
Chapter 7

Debtors.
_____/

### ORDER RE: TRUSTEE'S SEPTEMBER 2, 2009 MOTION - TURNOVER

At a session of said Court of Bankruptcy, held in and for said district on SEP 18 2009

PRESENT:  HONORABLE JEFFREY R. HUGHES
United States Bankruptcy Judge

On September 17, 2009, the court held a hearing concerning Trustee's September 2, 2009 motion entitled "Motion to Compel Turnover."

For the reasons stated on the record, Trustee's September 2, 2009 motion is GRANTED.

IT IS ORDERED that the Debtors shall turnover to Trustee within ten (10) days of the service of this order the non-exempt portion of their 2006 and 2007 tax refunds that they have not already accounted for, that being $4,697.00 ($13,810.00 minus $9,113.00), to the extent that the same is in their possession, custody or control. Otherwise, Debtors shall account to Trustee for the same.

Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Mitchell J. Hall, Esq.\
Roger G. Cotner, Esq.
William J. Napieralski, Esq.
Jeff A. Moyer, Ch. 7 Trustee

and served pursuant to first-class United States mail upon: ( SEP 21 2009    ) (dsk)).

Larry D. Erickson, Jr.
Cindy L. Erickson
4683 Grantwood Ave. SE
Kentwood, MI 49508