UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY D. ERICKSON, JR. and
CINDY L. ERICKSON,

Debtors.
_____/

Case No. HG 07-09179
Chapter 7

## ORDER RE: ROGER G. COTNER'S SEPTEMBER 11, 2009 MOTION - WITHDRAWAL

At a session of said Court of Bankruptcy, held in and for said district on    SEP 2 2 2009

PRESENT:    HONORABLE JEFFREY R. HUGHES
            United States Bankruptcy Judge

On September 17, 2009, the court held a hearing concerning Roger G. Cotner, Esq.'s September 11, 2009 motion entitled "Motion to Withdraw as Debtors' Attorney."

For the reasons stated on the record, Roger G. Cotner's appearance on behalf of the Debtors, Larry D. Erickson and Cindy L. Erickson, in the above-captioned case is withdrawn.

_____  9/22/09
Honorable Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Mitchell J. Hall, Esq.
Roger G. Cotner, Esq.
William J. Napieralski, Esq.
Jeff A. Moyer, Ch. 7 Trustee

and served pursuant to first-class United States mail upon: ( 9/23/09    (dsk)).

Larry D. Erickson, Jr.
Cindy L. Erickson
4683 Grantwood Ave. SE
Kentwood, MI 49508