UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Case No. HG 07-09179

LARRY D. ERICKSON, JR., and
CINDY L. ERICKSON,

Debtors.

_____/

### ORDER RE: DEBTORS' JUNE 30, 2010 MOTION - ENFORCE AUTOMATIC STAY

At a session of said Court of Bankruptcy, held in and for said district on ___JUL 1 9 2010___.

PRESENT:   HONORABLE JEFFREY R. HUGHES
United States Bankruptcy Judge

On July 15, 2010, the court held a hearing concerning Debtors' June 30, 2010 motion entitled "Debtors, Larry D. Erickson and Cindy L. Erickson Motion to Enforce Bankruptcy Automatic Stay and Request for Sanctions."

For the reasons stated on the record, Debtors' motion is denied. However, denial is only with respect to relief under 11 U.S.C. §§ 362 or 524. The court has not made any determination as to whether there may be alternative relief under 11 U.S.C. §§ 528 or 329. The court has also not made any determination as to whether the United States Trustee also has grounds for relief under either 11 U.S.C. §§ 528 or 329.

_____ 7/15/10
Hon. Jeffrey R. Hughes
United States Bankruptcy Judge

A copy of this order has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Dennis J. Bessey, Esq.

and served pursuant to first-class United States mail upon: ( 7/20/10 ) (dsk)).

Roger G. Cotner, Esq.
Cotner Law Office
220 Franklin Avenue
P.O. Box 838
Grand Haven, MI 49417-0838